UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ADOLFO GUTIERREZ-VILLAFANA, <br><br> Defendant. | Case No.:  20CR1963-JLS <br><br> **ORDER CONTINUING SENTENCING HEARING** |

Defendant has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8).  Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **February 12, 2021**; the hearing is **CONTINUED** to **Friday, March 19, 2021** at **9:00 a.m.**

IT IS SO ORDERED.

Dated:  February 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge