UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE JANIS L. SAMMARTINO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADOLFO GUTIERREZ-VILLAFANA,<br><br>Defendant. | CASE NO.:  20CR1963-JLS<br><br>**Order Granting Unopposed Request for Videoconference Hearing Under Chief Judge Order 63 and the CARES Act During the Judicial Emergency** |

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently set for Friday March 19, 2021 be conducted via videoconference. The court finds that further delay would cause serious harm to the interests of justice and pursuant to the CARES Act § 15002(b)(2)(A).

IT IS SO ORDERED.

Dated: March 12, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge